# UNITED STATES DISTRICT COURT
for the

**E**ASTERN     **D**ISTRICT **O**F     **C**ALIFORNIA

| | |
|---|---|
| United States of America </br> v. </br> DIANE M. BRASWELL </br> *Defendant* | ) </br> )    Case No.   1:08MJ00010-01 SMS </br> ) </br> ) </br> ) |

**ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)**

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:**   The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date:    May 22, 2009                        /s/ Sandra M. Snyder
                                                           *Judge's Signature*

                                       SANDRA M. SNYDER, United States Magistrate Judge
                                                             *Printed Name and Title*

CC:     Assistant United States Attorney